IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>*Jose Luis Espinoza*<br><br>　　　　Defendant. | CR *04-203-TUC-DCB* (JM)<br><br>CONSENT OF DEFENDANT<br>AND<br>ORDER OF REFERRAL<br>(PROBATION/SUPERVISED RELEASE VIOLATION) |

### ORDER OF REFERRAL

Defendant *Jose Luis Espinoza* having requested ☒ to enter admission(s) (or) ☐ an evidentiary hearing re: revocation and having consented to go forward with that proceeding before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge *Marshall* to make findings as follows:

　　(A) whether defendant is (1) competent; (2) understands the violation allegation(s); and <u>in the event the defendant chooses to enter an admission,</u> (3) the defendant knowingly and voluntarily wishes to make the admission(s) and (4) there exists a factual basis for the admission(s).

　　If the defendant chooses to admit the allegation(s), the Magistrate Judge is to make a recommendation as whether the admission should be accepted by the District Court.

SO ORDERED:

_____
U.S. District Judge

### CONSENT OF DEFENDANT

　　After full consultation with counsel, I voluntarily consent to go forward with my ☐ admission(s) or ☐ evidentiary hearing re: revocation before the United States Magistrate Judge.

I consent to the above referral:

_____　　　　Date 2-20-07
Defendant

_____　　　　_____
Counsel for Defendant　　　　　　　　　　Assistant U.S. Attorney