# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
    v.
**JOSE LUIS ESPINOZA**

USM #96403-008

No. **CR-04-203-03-TUC-DCB(JM)**

JUDGMENT AND COMMITMENT
FOLLOWING REVOCATION OF **SUPERVISED RELEASE**

    Thomas Poore, Appointed
        Attorney for Defendant

On June 1, 2006, the defendant, present with counsel, appeared for sentencing for violating Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i), Conspiracy to Transport Illegal Aliens, as charged in Count 1 of the Indictment filed herein.

      The defendant was sentenced to custody for a period of 14
      Months with a period of Supervised Release of 3 Years.

On January 4, 2007, the United States Attorney filed a petition to revoke the term of supervised release imposed. On February 20, 2007, the defendant appeared with counsel and admitted to violating the conditions of supervised release as reflected in the petition to revoke filed in this matter. On May 4, 2007, the defendant was sentenced to custody for a period of 6 months, followed by a 24-month term of supervised release.

On January 16, 2008, the United States Attorney filed a petition to revoke the term of supervised release imposed on May 4, 2007. On February 25, 2008, the defendant appeared with counsel and admitted to violating the conditions of supervised release as reflected in the petition to revoke.

**IT IS ORDERED** that the Order of Supervised Release imposed on the defendant is hereby REVOKED and the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of **NINE (9) MONTHS**, with NO term of supervised release to follow.

**IT IS FURTHER ORDERED** the defendant shall receive credit for TIME SERVED.

**THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 10 DAYS FROM THE IMPOSITION OF SENTENCE.**

The Court orders commitment to the custody of the Bureau of Prisons and recommends the defendant be designated to an institution in southern Arizona, near his infant daughter for purposes of visits.

May 28, 2008
Date of Imposition of Sentence

DATED this 29th day of May, 2008.

David C. Bury
United States District Judge